JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Board of Trustees of The Cement Masons Southern California Health and Welfare Fund, et al, <br><br>Plaintiffs, <br><br>v. <br><br>Jack Fielding Engineering and Building, Inc., et al., <br><br>Defendants. | Case No. CV 17-7028-GW(KSx) <br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |
|---|---|

Based upon the Notice of Voluntary Dismissal [15], it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: January 25, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE